IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

JONAS EDMONDS,

    Plaintiffs,

v.                               CIVIL ACTION NO    1:25-00482

JOHN DOE PRISON GUARDS 1 - 50,

    Defendants.

## MEMORANDUM OPINION AND ORDER

In 2022, plaintiff Jonas Edmonds was one of many plaintiffs filing lawsuit(s) against the United States of America and various other defendants arising out of a carbon monoxide leak at the Federal Correctional Institution, in McDowell County, West Virginia ("FCI McDowell"). See Civil Action No. 1:22-00437. Plaintiffs, including Edmonds, were inmates at FCI McDowell when the leak occurred, and the lawsuit(s) were filed by various attorneys on their behalf.

Ultimately, the court granted the motion to dismiss plaintiffs' claims under the Federal Tort Claims Act ("FTCA"). See ECF No. 2. Their Bivens claims remain pending. The court denied plaintiffs' motion for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b). See ECF Nos. 90 and 96 in Civil Action No. 1:22-00437.

Thereafter, Edmonds filed a pro se motion to amend the scheduling order in the 2022 case.  In his motion, he informed the court that he had terminated his legal representation and needed more time to review his case.  Counsel for Edmonds did not respond to Edmonds's filing but had recently sought leave of the court to file a Third Amended Complaint.  The Third Amended Complaint did not name Edmonds as a plaintiff, a tacit admission that Edmonds was no longer represented by the plaintiffs' attorneys in this case.

Because Edmonds wished to proceed pro se, the court directed the Clerk to open a new civil action (this case) so that Edmonds could pursue his Bivens claim on his own.  The court directed the Clerk to file the Second Amended Complaint, the operative pleading, in the new case.  The Clerk was further directed to file a copy of the court's Memorandum Opinion and Order dismissing the FTCA claims so that there was a complete record for purposes of appeal.

On September 2, 2025, Edmonds filed a "Motion to Reinstate and Request for Certification" in both this and the 2022 case. ECF No. 5.  In that motion, he asked to be reinstated to the 2022 case but indicated that he does not wish to pursue a Bivens claim.  He also asks the court to certify the dismissal of his FTCA claim so that he can appeal.

Edmonds' motion is **GRANTED** in part and **DENIED** in part.  His motion for reinstatement is **GRANTED** insofar as he asks to be added back as a plaintiff to the 2022 case.  The court **DENIES** his request for entry of judgment pursuant to Rule 54(b).  His request to voluntarily dismiss his <u>Bivens</u> claim(s) is **GRANTED** and this matter is **DISMISSED.**

The Clerk is directed to send a copy of this Memorandum Opinion and Order to Edmonds and to counsel for the United States.

IT IS SO ORDERED this 31st day of March, 2026.

ENTER:

David A. Faber
Senior United States District Judge

3